**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
In The Court of Appeals

Karen Boozer and George Boozer, Respondents,

v.

Pasquanna Jefferies and Branson Thompson, Defendants,

Of whom Branson Thompson is the Appellant.

In the interest of a minor under the age of eighteen.

Appellate Case No. 2018-000658

---

Appeal From Greenville County
Rochelle Y. Conits, Family Court Judge

---

Unpublished Opinion No. 2018-UP-429
Submitted October 18, 2018 – Filed November 19, 2018

---

**AFFIRMED**

---

Kimberly Yancey Brooks, of Kimberly Y. Brooks, Attorney at Law, of Greenville; and Branson Thompson, pro se, for Appellant.

Catherine C. Christophillis, of Christophillis & Gallivan, P.A., of Greenville, for Respondents.

Nela Laughridge, of Greenville, for the Guardian ad Litem.

_____

**PER CURIAM:**  Branson Thompson appeals from the family court's final order terminating his parental rights to his minor child.  *See* S.C. Code Ann. § 63-7-2570 (Supp. 2017).  Upon a thorough review of the record and the family court's findings of fact and conclusions of law pursuant to *Ex parte Cauthen*, 291 S.C. 465, 354 S.E.2d 381 (1987), we find no meritorious issues warrant briefing.  Accordingly, we affirm the family court's ruling and relieve Thompson's counsel.

**AFFIRMED.**[1]

**LOCKEMY, C.J., and THOMAS and GEATHERS, JJ., concur.**

_____

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.